IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-50496

_____

JENNIFER M. TRAHAN,

Plaintiff-Appellee,

versus

THE COUNTY OF EL PASO,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Western District of Texas

_____

June 11, 1996

Before REAVLEY, GARWOOD and DeMOSS, Circuit Judges.[*]

PER CURIAM:

After considering the arguments of counsel, the briefs, and the record, this Court affirms. There is no challenge to the wording of the jury charge. This Court concludes that the findings that plaintiff did not work in a bona fide administrative capacity, that defendant failed to pay her required overtime wages, that it willfully violated the Fair Labor Standards Act, and that plaintiff was paid $50,000 less than she was due under the Fair Labor

_____

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Standards Act during the three years prior to filing suit were all adequately supported by the evidence. Further, the district court did not err in awarding plaintiff an additional $50,000 as liquidated damages. No reversible error is demonstrated. Accordingly, the judgment of the district court is

AFFIRMED.

2